IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD L. CRITTEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 24-792 |
| v. ) | Judge Nora Barry Fischer |
| ) | Magistrate Judge Maureen P. Kelly |
| DIRECTOR LENA BRYAN-HENDERSON, ) | |
| PUBLIC DEFENDER ALEXA GRISTA, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 23rd day of April, 2025, upon consideration of the Report and Recommendation of United States Magistrate Maureen P. Kelly dated April 2, 2025, (Docket No. 6), recommending that Plaintiff Gerald L. Critten's Complaint be dismissed, without prejudice, for failure to prosecute and failure to comply with Court Orders, after conducting a detailed analysis of all of the relevant factors under *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863 (3d Cir. 1984), and ordering that any objections be filed within 14 days such that objections were due from non-ECF users like Plaintiff by April 21, 2025, and no objections having been filed by the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of April 2, 2025, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Complaint (Docket No. 1-1) is DISMISSED, without prejudice, for failure to prosecute, in light of the facts and circumstances of this case and the relevant factors under *Poulis* set forth by the Magistrate Judge, including, among other things, that Plaintiff has failed to respond to multiple deficiency orders issued by the Magistrate

Judge and has not cured the defects outlined therein as he has failed to provide the requisite paperwork and documents to proceed in forma pauperis such as a completed authorization form authorizing the withdrawal of funds from his inmate trust account, and has not updated his address such that multiple orders have been returned as undeliverable, and such facts are further buttressed by Plaintiff's failure to file objections to the Report and Recommendation of April 2, 2025 by the date of this Order;

    IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED; and,

    FINALLY, IT IS ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

                                                 *s/ Nora Barry Fischer*
                                                 Nora Barry Fischer
                                                 Senior U.S. District Judge

cc/ecf:  United States Magistrate Maureen P. Kelly

cc:     Gerald L. Critten
        16276
        Allegheny County Jail
        950 Second Avenue
        Pittsburgh, PA 15219
        (via first class mail)